

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

Altanese Phenelus
General Crimes Section

*99 N.E. 4th Street*
*Miami, FL 33132*
*(305) 961-9375*

**26-MJ-3095-LOUIS**

June 16, 2026

**VIA HAND DELIVERY**

Yunio Avila Cardoso

██████████
████████████

FILED BY_____**BM**_____D.C.

**Jun 17, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Re:     **HSI Investigation**

Dear Mr. Yunio Avila Cardoso:

This letter is to inform you that Homeland Security Investigations is conducting an investigation involving potential violations of federal law committed by you, including alien smuggling (8 U.S.C. § 1324).

Specifically, the investigation in the Southern District of Florida revealed that you assisted in smuggling individuals who unlawfully entered the United States on or about September 7, 2023. The violation took place near the Seven Mile Bridge in Marathon, Florida.

Your alleged conduct implicates potential violations of federal criminal law, and, if you were to be convicted, could result in the imposition of a term of imprisonment, fine, and/or restitution.

Although you are not obligated to make any statement to law enforcement, you may wish to supply your version of the events in question to interviewing agents, for the purpose of cooperating in this investigation. You may also wish to seek the assistance of an attorney before making any such statement. If you do wish to make a statement, I suggest that you have your attorney contact me as soon as possible in order to discuss this matter. I can be reached at (305) 961-9375.

If you cannot afford an attorney, please call my office. We will arrange a time for you to appear before a Magistrate Judge, who will determine if an attorney can be assigned to you based on financial need.

Finally, should you decide to retain an attorney, no adverse inference will be drawn strictly as a result of your decision to seek the advice of counsel before giving a statement. In addition, should an attorney acting upon your behalf wish to contact me, I would be willing to engage in limited discussion with counsel regarding your status in this investigation, as well as the extent, if any, to which you would be willing to provide information to federal investigators.

Sincerely,

*Altanese Phenelus*

Altanese Phenelus
Assistant United States Attorney